| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK KROTOSKI (CASBN 138549)<br>Chief Criminal Division |
| 4 | DEREK R. OWENS (CASBN 230237)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | LUKE FADEM<br>Law Clerk |
| 7 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 8 | Telephone: (415) 436-6488<br>Fax: (415) 436-7234 |
| 9 | Email: Derek.Owens@usdoj.gov |
| 10 | Attorneys for Plaintiff |

RECEIVED

NOV 1 6 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 04–00395 MAG |
| Plaintiff, | ) | |
| v. | ) | MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION |
| NAPOLEON CORDERO IGNACIO, JR., | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Northern District of California hereby dismisses the captioned Information against the defendant Napoleon Cordero Ignacio, Jr. with

//
//
//
//

DISMISSAL OF INFORMATION
CR 04-00395 MAG

1  prejudice, he successfully completed his pretrial diversion program.

3  DATED: **10/13/06**              Respectfully submitted,

KEVIN V. RYAN
United States Attorney

DEREK R. OWENS
Special Assistant United States Attorney

Leave of court is granted to file the foregoing dismissal with prejudice.

DATED: 11/16/06

~~ELIZABETH D. LAPORTE~~   EDWARD M. CHEN
United States Magistrate Judge

DISMISSAL OF INFORMATION
CR 04-0350 MAG